USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vito Sacco,

        Plaintiff,

–v–

Investors Bancorp., et al.,

        Defendants.

21-cv-8112 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to this Court's order, the parties were to submit a joint letter and proposed case management plan by January 19, 2022. Dkt. No. 3. The Court is not in receipt of the parties' submissions. The parties are ORDERED to submit a joint letter and proposed case management plan on or before January 24, 2022.

    SO ORDERED.

Dated: January 21, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge